IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PHILLIP ALLEN and LINDA ALLEN, | |
| Plaintiffs, | No. 3:15-cv-00124 |
| v. | Judge Nixon |
| U.S. BANK NATIONAL ASSOCIATION ND et al., | Magistrate Judge Griffin |
| Defendants. | |

## ORDER

Pending before the Court is Plaintiffs' Application for Temporary Restraining Order, Preliminary Injunction, and Declaratory Relief ("Motion"). (Doc. No. 2.) On March 4, 2015, Defendants filed a Motion to Dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. No. 6) and a Memorandum in Support (Doc. No. 6-1). Magistrate Judge Griffin ordered Plaintiffs to respond to the Motion to Dismiss by April 20, 2015. (Doc. No. 7.) Plaintiffs neither responded to the Motion to Dismiss nor made any other filing in this matter. Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that Defendants' Motion to Dismiss be granted, that Plaintiffs' Motion (Doc. No. 2) be denied, and that this action be dismissed in its entirety. (Doc. No. 11 at 8.) The Report was filed on June 22, 2015, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiffs' Motion (Doc. No. 2), **GRANTS** Defendants' Motion to Dismiss (Doc. No. 6), and **DISMISSES** this case. The Clerk of the Court is **DIRECTED** to close this case.

It is so ORDERED.

Entered this the ___10th___ day of July, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT